IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MA'QUAL COBBS,
    Plaintiff,

v.                                                                      Civil Action No. 3:22cv29

E. BOWER, et al.,
    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on February 8, 2022, the Court conditionally docketed the plaintiff's action. (ECF No. 3.) At that time, the Court warned the plaintiff that he must inform the Court if his current address changed or if he was released or relocated. On April 13, 2022, the United States Postal Service returned a March 25, 2022 Memorandum Order to the Court because the plaintiff had moved. (ECF No. 9.) Since that date, the plaintiff has not contacted the Court to provide a current address. The plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                                        /s/
                                                   John A. Gibney, Jr.
                                                   Senior United States District Judge

Date: 25 April 2022
Richmond, Virginia